UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>W. L. MUNIZ,<br><br>    Defendant. | Case No. 16-cv-05038-JSC<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 2, 5 |

Petitioner is a state prisoner currently incarcerated at Salinas Valley State Prison in Soledad, California. He has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his conviction in Los Angeles County Superior Court.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Los Angeles County, where Petitioner was convicted, lies within the venue of the Central District of California. *See* 28 U.S.C. § 84. Accordingly, in the furtherance of justice, this action is

1  TRANSFERRED to the United States District Court for the Central District of California.

2  Petitioner's application for leave to proceed in forma pauperis and motion for appointment of

3  counsel are deferred to the Central District. The Clerk of the Court shall administratively

4  terminate these motions from this Court's docket and transfer this matter forthwith.

5  **IT IS SO ORDERED.**

6  Dated: November 9, 2016

    _____
    JACQUELINE SCOTT CORLEY
    United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HAYNES,<br><br>    Plaintiff,<br><br>  v.<br><br>W. L. MUNIZ,<br><br>    Defendant. | Case No.  16-cv-05038-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell  Haynes ID: G-59394
Salinas Valley State Prison B-1-125
P.O. Box 1050
Soledad, CA 93960-1050

Dated: November 9, 2016

                                  Susan Y. Soong
                                  Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3