UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL HAYNES, | ) | No. CV 16-8400-DSF (AGR) |
|         Petitioner, | ) | |
| | ) | JUDGMENT |
|     v. | ) | |
| W.L. MUNIZ, Warden, | ) | |
|         Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: 11/21/16

_____
DALE S. FISCHER
United States District Judge